# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOGAN LOVELLS US LLP,<br><br>              Petitioner,<br><br>   v.<br><br>ISLAMIC REPUBLIC OF AFGHANISTAN AND ISLAMIC EMIRATE OF AFGHANISTAN, AS SUCCESSOR IN INTEREST,<br><br>              Respondents. | Civil Action No. 1:24-cv-05541-AS |

## ORDER

This matter is before the Court on Petitioner's *Ex Parte* Motion for an Order Directing Alternative Service. Upon consideration of the motion, all the papers submitted, and the relevant authorities, the Court makes the following findings:

**WHEREAS** Petitioner has investigated the possibility of serving the Respondents via Federal Express and DHL but has been unsuccessful, and has demonstrated that service via the social media company X (f/k/a Twitter), email, and publication is appropriate under Federal Rule of Civil Procedure 4(f)(3),

**WHEREAS**, because of the difficulties that Petitioner has had in attempting to effectuate service of process and the need for immediate relief, Petitioner has "good and sufficient reasons" for proceeding *ex parte* under Local Civil Rule 6.1.

**IT IS HEREBY ORDERED THAT** Petitioner's *Ex Parte* Motion for an Order Directing Alternative Service is GRANTED.

**IT IS FURTHER ORDERED THAT** Petitioner is AUTHORIZED under Federal Rule of Civil Procedure 4(f)(3) to serve the petition and summons upon the Respondents through the following means:

1. Via X, through communication to the X accounts of Wali Haqmal (@haqmal_ahmad), an account associated with a spokesperson for the Ministry of Finance and Abdul Qahar Balkhi (@QaharBalkhi), an account associated with, a spokesman for the Taliban's Ministry of Foreign Affairs.

2. By publishing a weekly notice for four consecutive weeks, according to the manner provided in CPLR Rule 316, in *Al Quds Al-Arabi* and *The New York Times*, which must provide a URL to a website with easily accessible online versions of the materials required to be served;

3. Via email to wali.haqmal@mof.gov.af, the email address for Wali Haqmal, and iprd@ago.gov.af, the email associated with the Attorney General's Office of Afghanistan.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

**SO ORDERED.**

DATED: October 3, 2024

Hon. Arun Subramanian
United States District Court for the
Southern District of New York