UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOGAN LOVELLS US LLP,<br><br>    Petitioner,<br><br> v.<br><br>ISLAMIC REPUBLIC OF AFGHANISTAN AND ISLAMIC EMIRATE OF AFGHANISTAN, AS SUCCESSOR IN INTEREST,<br><br>    Respondents. | Civil Action No. 1:24-cv-05541-AS<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

  This action having been commenced on July 22, 2024 by Hogan Lovells US LLP ("Petitioner") filing a Petition to Confirm an Arbitral Award[1] ("Petition"), and a copy of the Petition, along with supporting materials and the briefing schedule, having been served on the Respondents the Islamic Republic of Afghanistan and Islamic Emirate of Afghanistan, as successor in interest (collectively, the "Respondents") via X on November 6, 2024, email on November 6, 2024, and publication on October 31, 2024, and a certificate of service having been filed on November 7, 2024, and the Respondents not having responded to the Petition, and the Court having confirmed the entire Award including Petitioner's fees and costs on January 24. 2025, it is

  ORDERED, ADJUDGED, AND DECREED: That the Petitioner have judgment against Respondents in the amount of (1) $1,178,933.23 ~~plus accrued post-Award and pre-judgment~~ *plus accrued pre-Award interest of $74,805.74,* interest at the rate of 6% simple interest per annum *on the total award of $1,253,738.97* totaling $__163,638.70__ as well as post-judgment interest to be calculated as stipulated in 28 U.S.C. § 1961(a) until satisfaction of the Award; (2) $502,058.86 in arbitration costs, plus accrued post-Award and pre-judgment

---

[1] The Arbitration Award is dated December 22, 2022.  Dkt. No. 5-1.

interest at the rate of 6% simple interest per annum totaling $ 65,529.00 as well as post-judgment interest to be calculated as stipulated in 28 U.S.C. § 1961(a) until the Award is satisfied; and (3) costs and disbursements of this action in the amount of $46,153.56.

The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
     February 24  , 2025

                                          ARUN SUBRAMANIAN
                                          United States District Judge

2